# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Candice Elaine Donnelly Knox<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee<br>　　　　　　　　Movant<br>　　vs. | NO. 16-18442 REF |
| Candice Elaine Donnelly Knox<br>　　　　　　　　Debtor(s)<br>Ryan Knox<br>　　　　　　　　Co-Debtor | 11 U.S.C. Section 362 and 1301 |
| Frederick L. Reigle Esq.<br>　　　　　　　　Trustee | |

## **ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 13 Eisenhower Drive , Boyertown, PA  19512 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: August 21, 2017**

_____
United States Bankruptcy Judge.