United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Candice Elaine Donnelly Knox  
      Debtor

Case No. 16-18442-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: Aug 21, 2017  
                       Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2017.  
db         +Candice Elaine Donnelly Knox,    13 Eisenhower Drive,    Boyertown, PA 19512-2220  
cr         +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2017 01:16:47      Synchrony Bank,  
         c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2017                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2017 at the address(es) listed below:  
        DENISE ELIZABETH CARLON    on behalf of Creditor    Banc of America Funding Corporation 2007-3,  
    U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
    ecf_frpa@trustee13.com  
        JOSEPH L QUINN    on behalf of Debtor Candice Elaine Donnelly Knox CourtNotices@sjr-law.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Banc of America Funding Corporation 2007-3, U.S.  
    Bank National Association, as Trustee bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Banc of America Funding Corporation 2007-3, U.S.  
    Bank National Association, as Trustee bkgroup@kmllawgroup.com  
        THOMAS I. PULEO    on behalf of Creditor    Banc of America Funding Corporation 2007-3, U.S. Bank  
    National Association, as Trustee tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Candice Elaine Donnelly Knox<br>　　　　　　Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee<br>　　　　　　Movant<br>　　vs. | NO. 16-18442 REF |
| Candice Elaine Donnelly Knox<br>　　　　　　Debtor(s)<br>Ryan Knox<br>　　　　　　Co-Debtor | 11 U.S.C. Section 362 and 1301 |
| Frederick L. Reigle Esq.<br>　　　　　　Trustee | |

## ORDER

　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 13 Eisenhower Drive , Boyertown, PA  19512 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: August 21, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.