# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Candice Elaine Donnelly Knox  :  Chapter 13
:
Debtor  :  No. : 16-18442-ref
:

## PRAECIPE TO CHANGE ADDRESS

TO THE CLERK:

Kindly update the Court's records to reflect a new address for debtor Candice Elaine Donnelly Knox, effective immediately, to:

118 Sandpiper Court
Gilbertsville, PA 19525

LAW OFFICE OF STEPHEN J. ROSS

By:  /s/ Joseph Quinn
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@SJR-LAW.com

Date: January 23, 2018