United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-18442-ref
Candice Elaine Donnelly Knox                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv              Page 1 of 1              Date Rcvd: Feb 05, 2018
                            Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
13857499       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2018 at the address(es) listed below:
      DENISE ELIZABETH CARLON    on behalf of Creditor    Banc of America Funding Corporation 2007-3,
       U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      JOSEPH L QUINN    on behalf of Debtor Candice Elaine Donnelly Knox CourtNotices@sjr-law.com
      KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
       KMcDonald@blankrome.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Banc of America Funding Corporation 2007-3, U.S.
       Bank National Association, as Trustee bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Banc of America Funding Corporation 2007-3, U.S.
       Bank National Association, as Trustee bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    Banc of America Funding Corporation 2007-3, U.S. Bank
       National Association, as Trustee tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                     TOTAL: 10

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-18442-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Candice Elaine Donnelly Knox
118 Sandpiper Court
Gilbertsville PA 19525

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/02/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC   29603-0587 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/07/18

Tim McGrath
**CLERK OF THE COURT**