# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Candice Elaine Donnelly Knox<br>　　　　　　　Debtor<br><br>Toyota Motor Credit Corporation<br>　　　　　　　Movant<br>　　vs.<br><br>Candice Elaine Donnelly Knox<br>　　　　　　　Debtor<br><br>Frederick L. Reigle Esq.<br>　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 16-18442 ref<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion for Relief from Stay of Toyota Motor Credit Corporation, which was filed with the Court on or about **December 22, 2017** (Document No. 32).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322

March 6, 2018