UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

# WITHDRAWAL OF CHANGE OF ADDRESS

| Debtor Name: | Candice Elaine Donnelly Knox |
|---|---|
| Case Number: | 16-18442 |
| Court Claim Number: | 3 |
| Date Change of Address Filed: | 3/13/2019 |
| Total Amount of Claim Filed: | $1986.46 |

CITI BANK, N.A. filed a Notice of Change of Address for Claim 3 in the amount of $1986.46 on 3/13/2019. I hereby withdraw the above-referenced change of address and authorize the Clerk of this Court to reflect this withdrawal on the official claims register for the above referenced Debtor

Signed By: /s/ Maria Capiral          Dated: 6/28/2019
        Authorized Agent for Creditor

Printed Name: Maria Capiral