United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Candice Elaine Donnelly Knox
      Debtor

Case No. 16-18442-pmm
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4       User: Lisa       Page 1 of 2       Date Rcvd: Jun 16, 2020
                     Form ID: 138NEW    Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2020.

```
db         +Candice Elaine Donnelly Knox,    118 Sandpiper Court,    Gilbertsville, PA 19525-8118
smg        +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
            Allentown, PA 18101-1603
smg         City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg        +Dun & Bradstreet, INC,   3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg        +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr         +Citibank, N.A.,   6716 Grade Ln Blg 9 STE 910-PY DEPT,   Louisville, KY 40213-3410
cr         +Specialized Loan Servicing LLC,   14841 Dallas Parkway Suite 300,   Dallas, TX 75254-7883
13833010   +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
13833011   +Citi,   Po Box 6190,   Sioux Falls, SD 57117-6190
13857499   +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
13833014   +Glelsi/college Loan Co,   Po Box 7860,   Madison, WI 53707-7860
13833017   +Specialized Loan Servicing,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO 80129-2386
13833020   +Toyota Motor Credit Company,   240 Gibraltar Rd Ste 260,   Horsham, PA 19044-2387
13841086   +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
13833021   +Tri County Area Federal Credit Union,   1550 Medical Drive,   Pottstown, PA 19464-3225
13857927   +U.S. Bank N.A., Trustee (See 410),   c/o Specialized Loan Servicing LLC,
            8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 17 2020 04:22:53
            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
            Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 17 2020 04:23:14    U.S. Attorney Office,
            c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr         +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:57    Synchrony Bank,
            c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13833012   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 17 2020 04:22:33    Comenitycapital/boscov,
            Po Box 182120,   Columbus, OH 43218-2120
13839822    E-mail/Text: mrdiscen@discover.com Jun 17 2020 04:22:17    Discover Bank,
            Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13833013   +E-mail/Text: mrdiscen@discover.com Jun 17 2020 04:22:17    Discover Fin Svcs Llc,
            Po Box 15316,   Wilmington, DE 19850-5316
13833009    E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 17 2020 04:28:38    Chase Card,
            Po Box 15298,   Wilmington, DE 19850
14050223    E-mail/PDF: resurgentbknotifications@resurgent.com Jun 17 2020 04:29:08    LVNV Funding LLC,
            c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
13891806    E-mail/PDF: resurgentbknotifications@resurgent.com Jun 17 2020 04:28:45
            LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
            Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13904719   +E-mail/Text: bankruptcydpt@mcmcg.com Jun 17 2020 04:22:58    MIDLAND FUNDING LLC,
            PO Box 2011,   Warren, MI 48090-2011
13833015   +E-mail/PDF: pa_dc_claims@navient.com Jun 17 2020 04:29:27    Navient,
            123 S Justison St Ste 30,   Wilmington, DE 19801-5363
13927849    E-mail/PDF: pa_dc_claims@navient.com Jun 17 2020 04:29:27    Navient PC Trust c/o,
            Navient Solutions, LLC.,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
13869626   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 17 2020 04:29:06
            PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13833018   +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:57    Syncb/old Navy,   Po Box 965005,
            Orlando, FL 32896-5005
13833019   +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:36    Syncb/walmart Dc,   Po Box 965024,
            Orlando, FL 32896-5024
```

                                                TOTAL: 15

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         LVNV Funding LLC,   c/o Resurgent Capital Services,   P.O. Box 10587,
            GREENVILLE, SC  29603-0587
13907847   ##+Law Office of Stephen Ross, P.C.,   152 E. High Street, Suite 100,   Pottstown, PA 19464-5480
13833016   ##+Ryan Knox,   13 Eisenhower Drive,   Boyertown, PA 19512-2220
                                                                     TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0313-4          User: Lisa              Page 2 of 2              Date Rcvd: Jun 16, 2020
                             Form ID: 138NEW          Total Noticed: 32

               ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2020 at the address(es) listed below:
    DENISE ELIZABETH CARLON    on behalf of Creditor    Banc of America Funding Corporation 2007-3,
    U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com
    FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
    ecf_frpa@trustee13.com
    JOSEPH L QUINN    on behalf of Debtor Candice Elaine Donnelly Knox CourtNotices@rqplaw.com
    KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
    bkgroup@kmllawgroup.com
    MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
    bkgroup@kmllawgroup.com
    MATTEO SAMUEL WEINER    on behalf of Creditor    Banc of America Funding Corporation 2007-3, U.S.
    Bank National Association, as Trustee bkgroup@kmllawgroup.com
    REBECCA ANN SOLARZ    on behalf of Creditor    Banc of America Funding Corporation 2007-3, U.S.
    Bank National Association, as Trustee bkgroup@kmllawgroup.com
    SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
    THOMAS I. PULEO    on behalf of Creditor    Banc of America Funding Corporation 2007-3, U.S. Bank
    National Association, as Trustee tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                             TOTAL: 10

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Candice Elaine Donnelly Knox

               Debtor(s)

Bankruptcy No: 16–18442–pmm

Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2.  Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3.  Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4.  All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.


                                For The Court
                                Timothy B. McGrath
                                Clerk of Court

Dated: 6/16/20